**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**WILLIE B. ROBINSON,**

      **Plaintiff,**

v.                                        **Case No.  8:05-cv-1246-T-TBM**

**JO ANNE B. BARNHART,
Commissioner of the United States
Social Security Administration,**

      **Defendant.**
_____/

## O R D E R

THIS MATTER is before the court on the Commissioner's **Motion to Remand**. (Doc. 7). By this motion, the Commissioner seeks entry of an order remanding the case for further administrative action pursuant to Sentence Six of Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g).[1] As grounds, the Commissioner states that the tape of the hearing held on January 7, 2004, is inaudible. This Commissioner represents that the Plaintiff has no objection to a remand.

---

[1] Sentence Six provides:
> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security, . . . and the Commissioner of Social Security shall, after the case is remanded . . . file with the court any such additional and modified findings of fact and decision, and a transcript of the additional record and testimony upon which the Commissioner's action in modifying or affirming was based.

42 U.S.C. § 405(g).

Accordingly, it is **ORDERED** that the Commissioner's **Motion to Remand** (Doc. 7) is **GRANTED**.  The Clerk is directed to administratively close the case.

**Done and Ordered** at Tampa, Florida, this 22nd day of September 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record